**Order entered July 15, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00047-CV

### STEVEN K. TOPLETZ, Appellant

### V.

### RAYGAN WADLE, AS INDEPENDENT EXECUTOR OF THE ESTATE OF LYNDA WILLIS, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-03100-2020**

### ORDER

Before the Court is appellant's July 9, 2021 unopposed motion for a fourteen-day extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than July 27, 2021

/s/    CRAIG SMITH
JUSTICE